RECEIPT # 41588
AMOUNT $ 150
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 9-4-02

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2002 SEP -4 A 10: 35
U.S. DISTRICT COURT DISTRICT OF MASS.

GREG TOEGEL,
Plaintiff,

vs.

SCOTT JOHNSON,
KANDO TRANSPORT WEST, LTD.,
Defendants.

CIVIL ACTION NO.

02-11765 RCL

**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

TO: Chief Judge and Judges of the
United States District Court
For the District of Massachusetts

The defendants, Scott Johnson ("Johnson") and Kando Transport West, Ltd. ("Kando") file a notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 in connection with the above-captioned action. As grounds for its Notice of Removal, Johnson and Kando state as follows:

1. This action was commenced in the Middlesex Superior Court on March 26, 2002 and is now pending before that court.

2. In the complaint, the plaintiff asserts that he is a resident of Blackstone, Plymouth County, Massachusetts.

3. The plaintiff's complaint named three defendants, Johnson, Kando and One Beacon Insurance, a Massachusetts corporation.

3. Johnson is an individual residing in Thunder Bay, Ontario, Canada.

4. Kando is a foreign corporation with a principal place of business in Abbotsford, British Columbia, Canada.

5. On August 29, 2002, the Middlesex Superior Court allowed defendant One Beacon Insurance's Motion to Dismiss. (See Exhibit "A" attached.)

6. In the Statement of Damages submitted with his complaint, the plaintiff itemizes hospital expenses of $40,000.00, documented property damages of $20,000.00, reasonably anticipated lost wages of $2 million and "other documented damages of $60,000.00.

7. Jurisdiction is founded on the complete diversity of citizenship between the plaintiff and the remaining defendants, Johnson and Kando. Given the plaintiff's allegations, Johnson and Kando reasonably believe that the amount in controversy exceeds $75,000 exclusive of interests and costs.

7. This notice is filed within 30 days of Johnson and Kando becoming aware of the diversity of the parties.

WHEREFORE, Scott Johnson and Kando Transport West, Ltd. request that this

action be removed from the Middlesex Superior Court to the United States District Court for the District of Massachusetts.

Respectfully submitted by,

**KANDO TRANSPORT WEST, LTD.**
**SCOTT JOHNSON**
**By their attorneys,**
**CAMPBELL CAMPBELL EDWARDS &**
**CONROY, PROFESSIONAL CORPORATION,**

Richard L. Edwards (BBO# 151520)
Christopher A. Callanan (BBO#: 630649)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I, Christopher Callanan, of Campbell Campbell & Edwards, Professional Corporation, attorney for the above named defendant, hereby certify that on September 4, 2002, I forwarded a copy of the within document via first class mail, postage prepaid to:

Robert J. Bonsignore, Esq.
Bonsignore & Brewer
23 Forest Street,
Medford, MA 02155-3820

Christopher A. Callanan

# EXHIBIT "A"

Commonwealth of Massachusetts
County of Middlesex
The Superior Court

Civil Docket **MICV2002-01295**

RE: Toegel v Johnson et al

TO: Christopher A Callanan, Esquire
Campbell Campbell Edwards & Conroy
1 Constitution Plaza
Boston, MA 02129

## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on **08/29/2002**:

*RE: Motion of Defendant One Beacon Insurance to Dismiss, Affidavit under Superior Court Rule 9A*

**is as follows:**

**Motion (P#8) ALLOWED without opposition Dated: August 28, 2002 (Thomas P Billings, Justice) Notices mailed August 29, 2002**

Dated at Cambridge, Massachusetts this 29th day of August, 2002.

Edward J. Sullivan,
Clerk of the Courts

BY:

Arthur B. Sutherland
Assistant Clerk

Telephone: 617-494-4010 EXT 4254

Copies mailed 08/29/2002

02 - 11765 RCL

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

GREG TOEGEL

(b) County of Residence of First Listed Plaintiff PLYMOUTH
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**

SCOTT JOHNSON AND KANDO TRANSPORT WEST, LTD.

County of Residence of First Listed ONTARIO, CANADA
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

ROBERT J. BONSIGNORE
BONSIGNORE & BREWER
23 FOREST ST., MEDFORD, MA02155

Attorneys (If Known) RICHARD L. EDWARDS
CHRISTOPHER A. CALLANAN
CAMPBELL, CAMPBELL EDWARDS & CONROY
ONE CONSTITUTION PLAZA, BOSTON MA 02129
617-241-3000

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

PLAINTIFF ALLEGES INJURIES DUE TO MOTOR VEHICLE ACCIDENT

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):

JUDGE ________ DOCKET NUMBER ________

DATE 9-4-02

SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY

RECEIPT # ________ AMOUNT ________ APPLYING IFP ________ JUDGE ________ MAG. JUDGE ________

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

02-11765 RCL

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) TOMKEI V. KANDO TRANSPORT, WEST., LTD.

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

___ I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

___ II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950. *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

X III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

___ IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

___ V. 150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

___

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

YES ☐ NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

YES ☐ NO ☒

IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

YES ☐ NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

YES ☐ NO ☒

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

YES ☒ NO ☐

A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

EASTERN DIVISION ☒

CENTRAL DIVISION ☐ WESTERN DIVISION ☐

B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

EASTERN DIVISION ☐ CENTRAL DIVISION ☐ WESTERN DIVISION ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME CHRISTOPHER A. CALLANAN, CAMPBELL, CAMPBELL EDWARDS & CONROY
ADDRESS ONE CONSTITUTION PLAZA
TELEPHONE NO. 617-241-3000